391 A.2d 706

Commonwealth v. Zangari, Appellant.

Submitted March 20, 1978. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Michael D. Melie, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence vacated and case remanded for resentencing.

PRICE, J., dissented.